**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

**UNITED STATES OF AMERICA**

               **Plaintiff,**

-vs-                                                  **Case No.  CR-3-04-132(3)**

**KARLA RUIZ**                              **District Judge Thomas M. Rose**
               **Defendant**
_____

**ENTRY AND ORDER DENYING DEFENDANT'S
MOTION FOR RECONSIDERATION (DOC. #225)**
_____

       This matter comes before the Court pursuant to Defendant's Motion to Reconsider (Doc. #225) the Court's Entry and Order Denying Defendant's Motion for Judgment of Acquittal and New Trial (Doc. #211).

       After review of said Motion to Reconsider (Doc. #225) as well as the Government's response (Doc. #228), this Court does not find said Motion well-founded and DENIES same.

       Additionally, the Court would note the error contained in its Entry and Order observing that Eunice Silva testified that "this defendant had herself traveled from California to Springfield, Ohio, on at least two occasions including December, 2001."  This indeed was a misstatement of the evidence presented, which was mistakenly taken from the Government's response (Doc. #217, p. 4).  The Court, however, did understand the evidence to be that Defendant traveled to Ohio on one occasion and made its decision based upon that understanding as well as the entirety of the evidence presented at trial.

Defendant's Motion for Reconsideration is DENIED.

IT IS SO ORDERED.

March 7, 2008                                               **s/THOMAS M. ROSE**

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE